UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       -v-                         :     ORDER

MAX NIEVES,                       :     19 Cr. 402 (NSR)

               Defendant.       :

- - - - - - - - - - - - - - - - - -X

      The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is ORDERED that the time between December 18, 2019 and January 31, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: White Plains, New York
       December 13, 2019

                                     The Honorable Nelson S. Román
                                     UNITED STATES DISTRICT JUDGE

JUSTLY
DOCU…
ELECTRONICALLY F…
DATE…  12/13/2019