**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

July 22, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Max Nieves</u>
19 Cr 402 (NSR)

Dear Judge Roman:

I write with the consent of AUSA Courtney Heavey requesting that the Court adjourn the scheduled sentencing of Mr. Nieves for a period of 60-90 days.

I am in the process of preparing a sentencing submission and I am awaiting further documentation.

Accordingly, I write requesting that the sentencing currently scheduled for July 31, 2020 at 10:30 be adjourned.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Tel. 212-239-9777

Cc: AUSA Courtney Heavey (By ECF)

---

Application granted. Sentencing is adjourned from July 31, 2020 until Oct. 15, 2020 at 10:30 am. Clerk of the Court requested to terminate the motion (doc. 24).
Dated: July 22, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/2020