**MEMO ENDORSED**

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

September 23, 2020

**By ECF**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Max Nieves**
19 Cr 402 (NSR)

Dear Judge Roman:

    I write with the consent of AUSA Courtney Heavey requesting that the Court adjourn the scheduled sentencing of Mr. Nieves for a period of 60-90 days.

    I am in the process of preparing a sentencing submission and I am awaiting further documentation. In addition, I am unavailable on the next scheduled date due to personal reasons.

    Accordingly, I write requesting that the sentencing currently scheduled for October 15, 2020 be adjourned.

    Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Cell: 917-670-7622

Cc: AUSA Courtney Heavey (By ECF and email)

---

Defendant's request to adjourn the Sentencing from Oct. 15, 2020 until Jan. 21, 2021 at 10:30 am is granted upon the Government's consent. Clerk of the Court requested to terminate the motion (doc. 26). Dated: Sept. 25, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/2020