**MEMO ENDORSED**

## PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
850 THIRD AVENUE
14TH FLOOR
NEW YORK, N.Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

October 27, 2020

By ECF
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Max Nieves**
19 Cr 402 (NSR)

Dear Judge Roman:

I write requesting that the Court authorize me to submit interim vouchers in this case. I was appointed to represent Mr. Nieves on May 15, 2019 pursuant to the Criminal Justice Act and I have not yet been compensated for legal services rendered in the past nearly year and one-half.

If the foregoing is acceptable, then I respectfully request that the Court "So Order" this letter, granting me permission to submit interim vouchers.

Thank you for your attention to, and consideration in, this matter.

Respectfully submitted,

/s/

Daniel S. Parker
Parker and Carmody, LLP
850 Third Avenue
14th Floor
New York, NY 10022
Cell: 917-670-7622

Counsel granted authorization to submit interim vouchers. Clerk of Court requested to terminate the motion (doc. 29).
Dated: Nov. 6, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2020