UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

ORDER

v.

19 Cr 402 (NSR)

MAX NIEVES,

           Defendant.

Defendant Max Nieves seeks to proceed with sentencing via video or telephone conference instead of a personal appearance in court. In view of the ongoing pandemic, video and telephone conferencing have been employed by judges in the Southern District of New York on numerous occasions. This Court finds that any further delay in this proceeding would result in serious harm to the interests of justice. Proceeding by video or telephone conference with sentencing advances Mr. Nieves' case and furthers justice without undue delay. *See* § 15002 (b)(2) of the Coronavirus Air, Relief, and Economic Security ("CARES") Act.

SO ORDERED:

Dated: New York, New York
       January 15, 2021

_____
THE HONORABLE NELSON S. ROMAN
United States District Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2021