UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Government,

- against -

MAX NIEVES,

                    Defendant(s)
-----------------------------------------------------------X

# MEDICAL FORM

FILENAME - P:\CRD FORMS\ MEDICAL FORM (Rev.5/09)

Before Judge :  Nelson S. Roman

Case Number:   19 Cr. 402 (NSR)

**TO THE WARDEN:**

The following information requiring your attention was disclosed to the court. The court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

**Defendant Max Nieves requests psychological evaluation.  Please provide necessary treatment.**

Dated:  December 20, 2022
         White Plains, NY

SO ORDERED:

_____
Nelson S. Roman,
United States District Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/20/2022