UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

MAX NIEVES,

                    Defendant(s).

-------------------------------------------------------------X

**ORDER**

19 Cr. 402-01 (NSR)

Nelson S. Román, U.S.D.J.:

      At today's Violation of Supervised Release Hearing, the Government sought Defendant's detention as he is a danger to the community. The Court granted the Government's application and it is

      ORDERED that Defendant, Max Nieves, is remanded to U.S. Marshal Service custody. Defendant's violation specifications remain open.

SO ORDERED.

Dated:   White Plains, New York
           December 20, 2022

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2022