UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAX NIEVES,

*Defendant.*

19 Cr. 402 (NSR)

**ORDER**

WHEREAS the defendant Max Nieves (the "Defendant") in the above-captioned matter has pled guilty to multiple violations of the conditions of his supervised release before the Honorable Nelson S. Román, United States District Judge, on March 27, 2023;

WHEREAS one of the specifications to which the Defendant pled guilty involved the Defendant's assault with intent to cause physical injury, in violation of New York Penal Law § 120.00(1), to wit, the Defendant punched the victim, Yasmin Stewart, in the face, causing abrasion and swelling to the face;

WHEREAS the Court has imposed, as a special condition of the new term of supervised release imposed on the Defendant, that the Defendant stay away from the victim, Yasmin Stewart, for a period of one year;

UPON CONSENT OF THE PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:

1. The Defendant shall have no direct or indirect contact with the victim and shall not come within 300 yards of the victim, the victim's home, business, or school from the date of this order up to and including April 20, 2024.

Dated: White Plains, New York
       April 20, 2023

SO ORDERED.

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE