UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MAX NIEVES,

*Defendant.*

**ORDER**

19 Cr. 402 (NSR)

JUDITH C. McCARTHY, Magistrate Judge:

The United States Marshals Service (the "Marshals Service") and the Bureau of Prisons ("BOP") are requested to produce the defendant, MAX NIEVES, Reg. No. 86897-054, in the above-captioned case for a presentment on a petition for violations of supervised release on December 14, 2023. In the event the defendant refuses to comply with his production to the Courthouse or otherwise attempts to impede his production to the Courthouse, the Marshals Service or BOP may use such force as is reasonably necessary for the execution of the production to the Courthouse.

SO ORDERED.

Dated: White Plains, New York
       December 13, 2023

THE HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK