**MEMO ENDORSED**

# PARKER AND CARMODY, LLP
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY

TELEPHONE: (212) 239-9777
FACSIMILE: (212) 239-9175
DanielParker@aol.com

January 18, 2024

**ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Deft's request to adjourn the in-person VOSR Arraignment Conf. from Jan. 19, 2024 until Mar. 8, 2024 at 3:30 pm is GRANTED without objection by both the Gov't and the Probation Office. Clerk of Court is requested to terminate the motion at ECF No. 67. Dated: White Plains, NY**
> **January 19, 2024**
>
> **SO ORDERED:**
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: **United States v. Max Nieves**
19 Cr 402 (NSR) - VOSR

Dear Judge Roman:

I write asking the Court to adjourn the conference in this VOSR matter scheduled for tomorrow and to adjourn it to a convenient date for the Court and all parties, preferably in early March.

I have conferred with the Government and Probation, both of whom do not object to the requested adjournment.

If this request meets with the Court's approval, then I ask that you "So Order" this letter.

Thank you for your consideration in this matter.

Respectfully,

*Daniel S. Parker*

Daniel S. Parker

Cc: All parties (By ECF and email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __01/19/2024__