UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

MAX NIEVES,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

19 Cr. 402 (NSR)

    WHEREAS, a reported violation of the conditions of supervised release by the defendant, Max Nieves, is currently pending before this Court;

    AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District for the defendant, Max Nieves, including records of communications and supervising activity from April 20, 2023, to the present, so as to prepare for a likely upcoming hearing and to comply with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; *Brady v. Maryland*, 373 U.S. 83 (1963); *United States v. Giglio*, 405 U.S. 763 (1972), and its progeny; and Title 18, United States Code, Section 3500;

    IT IS HEREBY ORDERED that the U.S. Probation Office for this District provide a copy of the case file maintained for the defendant, Max Nieves, including copies of communications and supervising activity from April 20, 2023, to the present, to Assistant United States Attorney Courtney L. Heavey, for her review.

SO ORDERED:

Dated:    February 13, 2024
            White Plains, New York

_____
HON. NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2024