**MEMO ENDORSED**

<div style="text-align:center">

**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

</div>

DANIEL S. PARKER　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 239-9777
MICHAEL CARMODY　　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 239-9175
CHRISTINA S. COOPER　　　　　　　　　　　　　　　　　　　　　　DaniellParker@aol.com

May 22, 2024

**By ECF and email**
Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Max Nieves**
**19 Cr 402 (NSR) - VOSR**

Dear Judge Roman:

　　I write requesting that the Court adjourn the VOSR hearing currently scheduled for Wednesday, May 29, 2024 to July 17, 2024.

　　I have conferred with AUSA Timothy Ly and Probation, both of whom are available that date.

　　It is anticipated that on June 27, 2024, Mr. Nieves will resolve his Bronx case which will then put him in a position to resolve this VOSR.

　　Accordingly, we respectfully request that the Court adjourn the VOSR proceeding currently scheduled for May 29, 2024.

　　Thank you for your consideration in this matter.

<div style="margin-left:50%">

Respectfully submitted,

*Daniel S. Parker*

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622

</div>

> Deft's request to adjourn the VOSR Conf. from May 29, 2024 to July 17, 2024 at 2:15 pm is GRANTED without objection by the Gov't and Probation. Clerk of Court is requested to terminate the motion at ECF No. 74.
> Dated: White Plains, NY
> May 22, 2024
>
> SO ORDERED:
> [signature]
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/22/2024

1

Cc: AUSA Timothy Ly
    AUSA Courtney Heavey
    (by ECF and email)

2